Cause No. 12-14-00040-CR

Lawrence Kelvin Walker Jr.

Vs.

The State of Texas

In The

Twelfth Court

Of Appeals

Motion For Paper Copy
Of Court Transcripts

FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 12 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

To The Honorable Justices Of Said Court:

Now comes the Appellant in the above styled & numbered cause, & moves this court to grant a paper copy of the court transcripts, & for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Smith County, Texas; State v. Lawrence Kelvin Walker, Jr. & numbered 114-1268-13.

2. Appellant was convicted of Indecency With A Child Sexual Contact, & assessed a sentence of twenty (20) years confinement in the TDCJ-Institutional Division.

3. The Appellant's Pro Se Brief is due soon & will be back in TDCJ without transcripts, & Appellant needs transcripts (paper copy) to view to present grounds on brief.

A) I have not fully viewed the court transcripts that Smith County provided on computer monitor.

B) I didn't have the opportunity to view the records daily; only when they had officers & a room available, & time is of the essence.

C) It is unknown if I will have access to the records & when I will be away from Smith County with out them.

4. Appellant request a paper copy of the clerks records (transcripts) due to the above referenced facts & circumstances.

5. Appellant prays that this Court grant this motion to compel court transcripts (paper copy), & for such other & further relief as the Court may deem appropriate.

Respectfully Submitted,

LAWRENCE KELVIN WALKER, JR.
206 East Elm St.
Tyler, TX 75702
By: Pro Se Defendant
Lawrence Kelvin Walker, Jr.

FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 12 2013

TYLER, TEXAS
CATHY S. LUSK, CLERK